### JONES *et al. vs.* HABERSHAM *et al.*, executors.

In a will case, where the caveators have all joined in a bill of exceptions to this court, each should embody in it, or under it, all the assignments of error he expects to insist on here, and where one or more of such caveators afterward sues out another bill of exceptions and writ of error in the same case, and from the same judgment, such second writ will be dismissed.

Practice in the Supreme Court.    January Term, 1878.

This case was argued together with *Wetter, guardian, et al. vs. Habersham et al., executors.*    The plaintiffs in error in the present case were among the caveators of the Telfair will, all of whom joined in the bill of exceptions in that case.    Afterwards some of them sued out a separate writ of error, and brought up the present case.    It was dismissed.

T. M. NORWOOD; R. E. LESTER; N. C. COLLIER; RICHARD H. CLARK; O. A. LOCHRANE; ROBERT TOOMBS, for A. P. Wetter, guardian.

W. W. MONTGOMERY; J. R. SAUSSEY, for Geo. Noble Jones *et al.*

JACKSON, LAWTON & BASINGER; HARTRIDGE & CHISHOLM; WM. GRAYSON MANN, for the executors.